# SPECIAL ORDERS

In this section are orders of the Court of general interest to the bench and bar of the state.

*Order Entered December 18, 2008:*

Roberts v Titan Insurance Company, Docket No. 280776. The Court orders that a special panel shall not be convened pursuant to MCR 7.215(J) to resolve the conflict between this case and *Butterworth Hosp v Farm Bureau Ins Co*, 225 Mich App 244; 570 NW2d 304 (1997).